# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *DALLAS DIVISION*

CORNELL JONES
Plaintiff

v.

3:20-cv-20-2096
Civil Action No.

LOVEBOND COMMUNITY OUTREACH LL
Defendant

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, R.S. Ghio

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Kenya M. Trammell, Koteka Jenkins

| | |
|---|---|
| Date: | 8/7/2020 |
| Signature: | /s/ R.S. Ghio |
| Print Name: | R.S. Ghio |
| Bar Number: | 00787531 |
| Address: | 2000 E Lamar Blvd, Ste 500 |
| City, State, Zip: | Arlington, TX 76006 |
| Telephone: | 817-277-2077 |
| Fax: | 817-265-7264 |
| E-Mail: | rghio@dw-law.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons