# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **CORNELL JONES** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| **LOVEBOND COMMUNITY** § | **CIVIL ACTION NO. 3:20-CV-2099** |
| **OUTREACH LLC AND DARRYL** § | |
| **MASON** § | |
| § | |
| *Defendants* § | |
| § | |

## NOTICE OF SETTLEMENT

Plaintiff Cornell Jones now files this Notice of Settlement, as follows.

1. This case is set for trial on December 7, 2021.

2. The parties have reached agreement to settle this matter and are in the process of finalizing the terms of a written agreement, which the parties anticipate to be complete within the next ten (10) days.

Respectfully submitted,

/s/R.S. Ghio
R.S. Ghio
Texas State Bar No. 00787531
**DISMUKE & WATERS, P.C.**
2000 E. Lamar Blvd, Ste. 500
Arlington, Texas 76006
Tel.: 817-277-2077
rghio@dw-law.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On December 6, 2021, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas via the Court's ECF system and that all counsel herein have been served via ECF.

/s/ R.S. Ghio